Appeal of LP GROUP 2, INC. from
a Decision by the Board of
Labor Standards.

Petition of Garnett C. Littlepage.

No. 12 EM 2012.

Supreme Court of Pennsylvania.

May 17, 2012.

### ORDER

PER CURIAM.

AND NOW, this 17th day of May, 2012, the Petition for Review is DENIED.

COMMONWEALTH of Pennsylvania,
Appellee

v.

Anthony FLETCHER, Appellant.

Supreme Court of Pennsylvania.

June 18, 2012.

### ORDER

PER CURIAM.

AND NOW, this 18th day of June 2012, the order of the Court of Common Pleas is hereby AFFIRMED.